UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADNAX,<br><br>        Plaintiff,<br><br>    v.<br><br>,<br>        Defendant. | Case No. 17-cv-01169-JD<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the Court about prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was advised that he needed to file a formal complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The mail has been returned to the Court because Plaintiff refused it. Plaintiff has also sent a letter to the Court that was unintelligible. This case is **DISMISSED** without prejudice. No fee is due. The clerk shall close the file. If plaintiff wishes to proceed with a case he must file a formal complaint and an application to proceed in forma pauperis or pay the filing fee.

**IT IS SO ORDERED.**

Dated: June 1, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADNAX,

    Plaintiff,

  v.

,

    Defendant.

Case No. 17-cv-01169-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cottrell Broadnax ID: AL8519
Corcoran State Prison Housing ASU, 114
P.O. Box 3456
Corcoran, CA 93212

Dated: June 1, 2017

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: *signature*
                                          LISA R. CLARK, Deputy Clerk to the
                                          Honorable JAMES DONATO

2